No. 16,732.

SAMPLE *v.* SAMPLE.
(242 P. [2d] 249)

Decided March 10, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. McDOUGAL & KLINGSMITH, for plaintiff in error.

Mr. HARRY W. BOWLES, Mr. MARVIN W. FOOTE, for defendant in error.